**KENNETH A. RUSHTON (2827)**
Attorney for Trustee
P.O. Box 212
Lehi, Utah 84043
Telephone: (801) 768-8416

FILED IN THE UNITED STATES

2010 DEC -1 AM 11: 55

DISTRICT OF UTAH

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

### DEPOSIT OF UNCLAIMED FUNDS

| In Re: | Chapter 7 |
|---|---|
| ZIEGLER, JAY CHRISTOPHER<br>ZIEGLER, SHAUNA RASMUSSEN | Bankruptcy No. 09-31762 |
| Debtors. | |

Kenneth A. Rushton, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. The amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The unclaimed funds are on deposit in the Bank of New York Mellon, Account # 92004606511666.

3. The amounts are as follows:

| | |
|---|---|
| Living Scriptures<br>3625 Harrison Blvd.<br>Ogden, Utah 84403 | $ 3.57 |
| Rocky Mountain Power<br>Attn: Bankruptcy<br>P.O. Box 25308<br>Salt Lake City, Utah 84125 | 2.15 |

4. A check in the amount of $5.72, representing said unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this 30th day of November, 2010.

KENNETH A. RUSHTON, Trustee



## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 30th day of November, 2010.

United States Trustee
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, Utah 84111

2